

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANTHONY JOE BENDY, | § | No. 08-15-00369-CR |
| Appellant, | § | Appeal from the |
| v. | § | 252nd District Court |
| THE STATE OF TEXAS, | § | of Jefferson County, Texas |
| Appellee. | § | (TC# 14-20676) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF NOVEMBER, 2016.


STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.